UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DENNIS W. DELANEY,

                Plaintiff,

-against-

REPUBLICAN NATIONAL COMMITTEE,

                Defendant.

20-CV-1625 (CM)

CIVIL JUDGMENT

Pursuant to the order issued May 14, 2020, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice under Rule 41(b) of the Federal Rules of Civil Procedure for failure to comply with the Court's order.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court electronically notify Plaintiff of this judgment by transmitting it to Plaintiff's email address, dwdelaney@gmail.com.

SO ORDERED.

Dated:  May 14, 2020
          New York, New York

                                              COLLEEN McMAHON
                                       Chief United States District Judge